# ROSEN LIVINGSTON & CHOLST LLP
## ATTORNEYS AT LAW

275 MADISON AVENUE, SUITE 500 • NEW YORK, NEW YORK 10016-1111

(212) 687-7770

TELECOPIER (212) 687-8030

EMAIL ADDRESS info@rosenlivingston.com

Writer's Email Address   pil@rosenlivingston.com

| | |
|---|---|
| MORTON H. ROSEN<br>PETER I. LIVINGSTON<br>BRUCE A. CHOLST<br>MARY L. KOSMARK | S. DAVID HARRISON<br>Of Counsel<br><br>ALAN M. GOLDBERG<br>Special Counsel |
| ANDREW B. FREEDLAND<br>DEBORAH B. KOPLOVITZ<br>ANDREW J. WAGNER<br>ELLIOT J. COZ | INNA GRINBERG<br>TARA TESTAVERDE<br>Paralegals |

April 11, 2013

**VIA E-MAIL**
Hon. Katherine B. Forrest
United States District Court,
Southern District of New York
United States Courthouse, 500 Pearl Street
New York, NY 10007-1312

Re:   In re 650 Fifth Avenue and Related Properties 08 Civ. 10934 (KBF), et. al.,
related cases 09 Civ. 165, 09 Civ.166
Our File: 6239-1

Dear Judge Forrest:

We are counsel for Defendants Assa Corp. and Assa Limited. We have reviewed the letter dated April 8, 2013 from counsel for the Greenbaum, Acosta, Beer and Kirschenbaum plaintiffs with respect to a request for an enlargement of time for discovery until the 31st of July and the Court's request for comments.

On behalf of Assa Corp. and Assa Limited, we would have no objection to an extension of time until the 31st of July for depositions and an extension of time for all parties to produce documents until May 1st.

Respectfully Submitted,

Peter I. Livingston

cc:   All Counsel of Record (*Via E-mail*)

*Handwritten notations:*
Ordered.
Post to docket.
(The Court notes no submission received from the Government per deadline.)
K. B. Forrest
USDJ
4/12/13